AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 25-7034-0002-LC | Date and time warrant executed: 5/31/11 1130 hours | Copy of warrant and inventory left with: George Francischelli |
| Inventory made in the presence of: George Francischelli | | |

Inventory of the property taken and name of any person(s) seized:

see attached

*FILED 2018 JAN 10 A 10:43 U.S. DISTRICT COURT NEW HAVEN, CT.*

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/01/11

Lynn Allen
*Executing officer's signature*

Lynn Allen, Special Agent
*Printed name and title*